## AMERICAN SEATING COMPANY, Plaintiff–Appellant,

v.

## KUSTOM SEATING UNLIMITED, INC., Defendant–Appellee.

No. 2010–1312.

United States Court of Appeals, Federal Circuit.

Jan. 24, 2011.

Todd R. Dickinson, Fisher & Dickinson, P.C., of Ada, Michigan, argued for the plaintiff-appellant. Of counsel on the brief were Conrad J. Clark and Christopher W. Brody, Clark & Brody, of Alexandria, Virginia.

Terence J. Linn, Van Dyke, Gardner, Linn & Burkhart, LLP, of Grand Rapids, Michigan, argued for the defendant-appellee. With him on the brief was Karl T. Ondersma.

Before NEWMAN, GAJARSA, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**